FOR UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

Kari Ann Peters
(Petitioner)

v

Warden of FCI Greenville

and

Amber Fitzpatrick
(Unit Manager)
and

Ms. Newsome
(Unit Team)
(Respondents)

24-1520-JPG

Request for Civil
Rights Relief

---

The pro se petitioner is seeking injunctive relief from the court regarding her placement in solitary confinement and her transfer from FCI Greenville to the St. Clair County Sheriff's Office. Her placement in disciplinary segregation is contrary to the Disciplinary Hearing Officer (DHO)'s judgement on 04/03/2024.

(1)

## Exhaustion of Remedies:

The Petitioner has no access to the BOP Administrative Remedy Program as she is not at a BOP facility. The Petitioner has requested BOP forms from jail staff. The jail "does not have them." She also requested on 4-11-2024 to Greenville officer Feaster to file a grievance (BP#8) and was given a BP#8 to fill out. The petitioner was told by Officer Feaster that she could turn it in on 4-19-2024 to staff but she was not allowed to do this. Access to the Administrative Remedy Program is through mail call at BOP facilities. The petitioner is not at a BOP facility, does not have access to any incoming mail, legal or otherwise, and therefore the administrative remedy program is unavailable to her.

(2.)

# BACKGROUND:

The petitioner has received a total of 4 disciplinary sanctions while in BOP custody. Three of the 4 sanctions were 300-series, minor violations which were dealt with by Unit Team rather than a formal hearing with the DHO.

The 4th sanction was a more severe violation, a 200-series violation for allowing another inmate to use the petitioner's P.A.C. # to make a phone call. This sanction was served on 3-19-2024, and was followed by DHO hearing on 4-3-2024. The petitioner plead "guilty" and was given the following punishments:

a) loss of 27 good days
b) loss of phone priveleges - 15 days
c) loss of commissary - 60 days
d) loss of in-person visits - 60 days

At this hearing, the DHO stated "I could send you to jail today, but I am not going to do that." The next day, in spite of this judgement, the petitioner was transported to St. Clair County Jail and placed in solitary

(3)

confinement.

The petitioner believes whole-heartedly that this transfer is retallitory. She presumes that this move has been authorized by Unit Team Newsome or Unit Manager Fitzpatrick. Both of these staff members have humerous times denied inmates "Second Chance Act" (SCA) placements and claimed on paperwork that "SCA is optional" or "not guaranteed". The petitioner has helped numerous women file grievances (BP#8)'s and (BP#9)'s. The petitioner herself has 3 grievances at region level (BP#10). This move off BOP property effectually makes these administrative remedies "dead in the water". With no access to the Administrative Remedy Programs, and no access to her mail, these grievances cannot proceed to BOP Central Office (BP#11) for resolution.

(4)

<u>VIOLATIONS OF DUE PROCESS, 8TH AMENDMENT:</u>

1. 04/03/2024   DHO Hearing did not result in jail time or any punitive segregation

2. 04/04/2024  The petitioner was placed in solitary confinement with no access to t.v., radio, or other inmates. She has been in 24 hour lockdown with lights on 24 hours per day, shower access only upon staff discretion. She has none of her PoP property and is allowed no exercise time.

3. Her financial account was not transferred from Greenville to the St. Clair Sheriff, so she is currently "indigant" and is only afforded one stamped envelope per week.

4. On 04/09/2024 she requested paper, envelope and address of the US courthouse to file this petition and was told by the captain of St. Clair County jail that "they need to ask Greenville's permission". Later that day, the Captain advised the petitioner that "Greenville states that you are

5

restricted from filing court motions. The petitioner then filed a paper complaint with the jail regarding this. A copy of this complaint is enclosed.

5. On 04/18/2024 the petitioner's phone restriction punishment was set to end according to the DHO judgement, but it did not end. The petitioner currently still does not have phone access.

Relief Requested:

1. Declaratory Relief - please advise St Clair County Sheriff to allow court access.

2. Injunctive Relief in accordance with DHO punishment and due process, moving petitioner to general population, out of segregation, and returning phone privileges according to DHO punishment.

3. Injunctive Relief - order return of Petitioner to BOP custody where she

6

will have access to the Administrative Remedy Programs, her mail, and access to First Step Act programming and First Step Act phone minutes (515 free per month). This move off of BOP property is affecting the petitioner's length of sentence because she is not receiving 15 days sentencing credits per month if she is not on BOP property.

I believe I am entitled to this relief, please help me.

Respectfully Submitted
April 20th, 2024


Kari Ann Peters #67770-509
DOB 03/20/1976

mail: Kari Peters #476417
St. Clair County Jail
700 N. 5th St.
Belleville, IL 62220

# ST. CLAIR COUNTY SHERIFF'S DEPARTMENT
# DETAINEE REQUEST/COMPLAINT



Detainee Name _Kan Peters_    SD Number _476417_    Block _Seg_    Date _4/9/24_

**Request/Complaint:** _I am being told I am not allowed to file a Writ of Habeas Corpus per Greenville says so but according to law, no one can prevent anyone from filing this, it is a right of all prisoners in all custody statuses - state & federal_

Detainee Signature _[signature]_    Date _4/9/24_

**Officer Actions:** _Forward to Supervisor_
_Captain Collins spoke with Detainee Peters in reference to this complaint._

Officer Signature _S. Brandt #403_    Date _4/09/24_

**Supervisor Actions:** _This will be forwarded to BOP Unit Manager Fitzpatrick._

Supervisor Signature _Sgt. Chambers #449_    Date _04-09-2024_

**Administration Actions:** _____

Revised 02/10/2021

Administration Signature _____    Date _____





RECEIVED

JUN 17 2024

DISTRICT COURT
OF ILLINOIS
OFFICE



Ms Evette Downing
St Clair County Jail
722 N. 5th Street
Belleville, IL 62220

INMATE CORRESPONDENCE
ST. CLAIR COUNTY JAIL

Legal
Mail

SAINT LOUIS MO
11 JUN 2024 PM
14 MAY 2024 PM
30 APR 2024 PM 5

MAIL CLEARED
US MARSHALS

USA ★ FOREVER

United States District Court
Southwestern District of Illinois
750 Missouri Ave
East St Louis IL 62201

62220-440400



RECEIVED

JUN 17 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131