IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KARI ANN PETERS, #476417,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 24-cv-01520-JPG |
| | ) |
| **WARDEN – FCI GREENVILLE,** | ) |
| **AMBER FITZPATRICK,** | ) |
| and **MS. NEWSOME,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

Plaintiff Kari Ann Peters, an inmate in the Federal Bureau of Prisons (FBOP) and currently incarcerated at the Federal Correctional Institution in Greenville, Illinois (FCI-Greenville), filed a Motion for Preliminary Injunction (Doc. 1) to challenge disciplinary action resulting in her loss of 27 days of good conduct credit, 60 days of commissary, 60 days of in-person visits, 15 days of phone privileges, transfer from FCI-Greenville, and disciplinary segregation at St. Clair County Jail. (Doc. 1). Plaintiff seeks an order for her return to FBOP custody, restoration of good conduct credit, reinstatement of privileges, placement in the general population, and access to the courts.

This case was opened upon receipt of the motion for preliminary injunction[1] on June 17, 2024. Plaintiff did not include a complaint, filing fee, or motion for leave to proceed *in forma pauperis*. The Federal Rules of Civil Procedure and the Local Rules for the Southern District of Illinois require a plaintiff's submission to meet certain uniform criteria in order to initiate a civil action.

---

[1] The motion was signed April 20, 2024 and postmarked June 11, 2024.

1

Plaintiff must file a complaint.  *See* FED. R. CIV. P. 3, Advisory Committee Notes, 1937 Adoption.  The complaint must include the names of the plaintiff and defendants in a case caption.  FED. R. CIV. P. 8, 10.  It must include a short and plain statement of the claim and a demand for relief.  FED. R. CIV. P. 8.  The complaint must also be written, signed, and verified.  SDIL-LR 8.1(b).  An inmate who wishes to file a civil rights complaint may obtain a template, forms, and filing instructions from the Clerk of Court.  SDIL-LR 8.1(a)(1).

Without a complaint, the Court cannot determine the basis for jurisdiction.  *See Bell v. Hood*, 327 U.S. 678, 681-82 (1946); *Greater Chicago Combine and Ctr. v. City of Chicago*, 431 F.3d 1065, 1069-70 (7th Cir. 2005).  Plaintiff's motion cannot serve as her complaint because she did not identify any basis of jurisdiction.  The Court cannot decide this for her.  Without a complaint, the Court cannot entertain an application for injunctive relief.

Plaintiff must also prepay the $405 civil filing fee or apply to proceed *in forma pauperis* (IFP) without prepaying the full filing fee.  SDIL-LR 3.1.  If granted IFP status, the plaintiff will be required to pay the filing fee in installments.  28 U.S.C. § 1915(b).  If a plaintiff has more than one lawsuit pending, fees will be collected for each case at the same time.  *Bruce v. Samuels*, 577 U.S. 82, 89-90 (2016).  The full fee must be paid, even if the plaintiff ultimately loses the lawsuit, or if her claims are dismissed for any reason.  The installment-payment approach also applies to any costs assigned to plaintiff if she loses.  *Bruce*, 577 U.S. at 86; 28 U.S.C. § 1915(f)(2)(B).

Plaintiff's motion shall be denied without prejudice.  If Plaintiff wishes to commence litigation in this District, she should submit a complaint that follows the uniform standards explained herein on or before **July 17, 2024**, and either prepay the filing fee or apply for IFP status.  She may renew her request for preliminary injunctive relief by filing a separate motion under Federal Rule of Civil Procedure 65.

If Plaintiff does not wish to start civil litigation and would like to avoid any obligation to pay the filing fee for this case, she should notify the Court in writing that she does not want to pursue any claim on or before **July 17, 2024**.  A failure to respond to this Order will result in the dismissal of this case and an obligation to pay the full $405 filing fee for this action.

The Motion for Preliminary Injunction (Doc. 1) is **DENIED without prejudice**.  The Clerk of Court is **DIRECTED** to send Plaintiff a copy of the standard civil rights complaint form, as well as an application to proceed *in forma pauperis*.

**IT IS SO ORDERED.**

**Dated: 6/18/2024**                                                             **s/J. Phil Gilbert**
                                                                                                    **J. Phil Gilbert**
                                                                                                    **United States District Judge**