IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KARI ANN PETERS, #476417,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**WARDEN – FCI GREENVILLE,** )<br>**AMBER FITZPATRICK, and** )<br>**MS. NEWSOME,** )<br>)<br>**Defendants.** ) | Case No. 24-cv-01520-JPG |

**ORDER**

**GILBERT, District Judge:**

This matter is before the Court for case management. The case was opened on June 17, 2024, when Plaintiff Kari Ann Peters filed a Motion for Preliminary Injunction while housed at St. Clair County Jail. (Doc. 1). The Court considered and denied Peters' request for preliminary injunctive relief one day later. (Doc. 4). Because the motion was filed without a Complaint, $405.00 filing fee, or Motion for Leave to Proceed *in forma pauperis* (IFP motion), the Court also set a 30-day deadline to submit this. *Id*.

At the time of case opening, the Court also mailed Peters two Notices concerning the action, *see* Docs. 2 and 3. In the first, Peters was instructed to sign and return a Notice and Consent to Proceed Before a Magistrate Judge Jurisdiction Form ("Consent/Non-Consent Form") on or before July 8, 2024, *see* Doc. 2. In the second, Peters was advised of the obligation to either prepay the filing fee of $405.00 or file an IFP motion by July 17, 2024, *see* Doc. 3. Peters was also advised of the ongoing duty to promptly notify the Court of any address change, within fourteen days, by filing written notice of the same. (Doc. 3, p. 1). Peters was warned that the action would be dismissed for failure to comply with these Orders. *Id*.

1

Peters missed the original and extended deadlines for submitting a Consent/Non-Consent Form on July 8, 2024 (Doc. 2) and July 16, 2024 (Doc. 7).  In addition, Peters missed the deadline for paying the filing fee or filing an IPF motion (Doc. 3).  On July 18, 2024, the Court entered a Notice of Impending Dismissal that warned Peters the case would be dismissed after August 8, 2024, if the Court did not receive a Complaint, IFP motion or filing fee, and signed Consent/Non-Consent Form by that date.  Peters missed this deadline as well.

Meanwhile, the Notices and Orders at Docs. 2, 3, 4, 5, and 7 have all been returned undelivered because Peters is apparently no longer housed at St. Clair County Jail.  (Docs. 8-11).  Peters has not notified the Court of an address change, as required at Doc. 3.  In addition, Plaintiff has not submitted: (1) a Complaint; (2) a $405.00 filing fee or an IFP motion; or (4) a signed Consent/Non-Consent Form.  Plaintiff has missed all deadlines set in this case, and the Court will not allow this matter to linger indefinitely.

This case is **DISMISSED without prejudice** based on Peters' failure to comply with numerous court orders and prosecute the claims herein.  FED. R. CIV. P. 41(b).

The Clerk is **DIRECTED** to **CLOSE THIS CASE** and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:  August 20, 2024**

                                                  *s/J. Phil Gilbert*
                                                  **J. PHIL GILBERT**
                                                  **United States District Judge**